[See 256 App. Div. 685.] Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

Sarah A. Wheeler v. William E. Anderson and Others.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Motion for a stay granted pending the granting or final refusal by the Court of Appeals of leave to appeal, upon appellant's filing the undertaking required by section 593 of the Civil Practice Act. Present — Martin, P. J., Glennon, Untermyer and Callahan, JJ.

Martha McGuire v. The Travelers Insurance Company.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ.

Hagop Kevorkian v. Howard C. Hirsch and Others, Copartners, etc., Impleaded, etc.— Motion for reargument denied, with ten dollars costs. Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ.

Theodore W. Stemmler v. Mary W. Lillie and Others. In the Matter of the Petition of Julia W. Porges against Almerindo Portfolio, as Treasurer, etc.— Motion for leave to appeal to the Court of Appeals granted and questions certified. [See ante, p. 803.] Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.

In the Matter of the Application of Clifford H. McCall and Another, etc., for a Prohibition Order and a Mandamus Order against Justice Salvatore A. Cotillo, Justice of the Supreme Court of the State of New York, County of New York, and Irma J. Brown.— Motion for leave to appeal to the Court of Appeals and for a stay granted. [See 256 App. Div. 978; Id. 1072.] Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

Bush Terminal Co. and Others v. The City of New York and Others.— Motion for leave to appeal to the Court of Appeals granted. [See 256 App. Div. 978.] Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

In the Matter of the Application of Bernson Silk Mills, Inc., against M. S. Siegel & Company, Inc.— Motion for reargument of motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. [See 256 App. Div. 617; Id. 1068.] Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

Charles L. Kingsley v. Charles D. Champlin.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — O'Malley, Untermyer, Dore, Cohn and Callahan, JJ.

In the Matter of the Application of Sun-Ray Cloak Co., Inc., and Another, etc. In the Matter of Joint Board of Cloak, Suit, Skirt and Reefer Makers' Union against Unity Cloak Co., Inc., etc.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with ten dollars costs. [See 256 App. Div. 620.] Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ.

In the Matter of the Application of Sun-Ray Cloak Co., Inc., and Another, etc. In the Matter of Joint Board of Cloak, Suit, Skirt and Reefer Makers' Union against Unity Cloak Co., Inc., etc.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with ten dollars costs. [See 256 App. Div. 620.] Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ.

John K. Ayew, as President of the Gold Coast Farmers Association, v. Lewis Jackson and Daniel Shaw and Others, Impleaded.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. [See sub nom.